UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  24-20253-CIV-MARTINEZ**

ALEJANDRO ESPINOZA,

       Plaintiff,

v.

STAPLES THE OFFICE SUPERSTORE,
LLC.,

       Defendant.

_____/

## ORDER ON NOTICE OF SETTLEMENT

**THIS CAUSE** came before the Court on Plaintiff's Notice of Settlement, (ECF No. 7), which states that the parties have settled.  Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1.      The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before April 3, 2024**. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

2.      If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.      The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.      The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only.  This shall not affect the substantive rights of the parties.

5.      The Court shall retain jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4 day of March, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record